HELENE N. WHITE, Circuit Judge,
concurring.
I cannot agree that Lee unambiguously waived the right to appeal his sentence. Pursuant to Paragraph 2B, Lee’s plea agreement states that he cannot “withdraw his guilty plea” if the district court disagrees with his arguments as to drug quantity. Likewise, at the plea hearing, the district court asked Lee, “if I decide that the range is 168 to 210, and I decide that the sentence should be 210 or below, under those circumstances after today’s date, you could not withdraw your plea, you understand?” The plea agreement is *459 ambiguous at best. See, e.g., United States v. Bowman, 684 F.3d 357, 360 (noting that ambiguities in a plea agreement must be construed against the government).
Nevertheless, after reviewing Lee’s objections to his sentence, I join in the affirmance because I find no sentencing error.